NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LIZARDO ESTRADA and BLANCA )
ESTRADA f/k/a BLANCA VALLADARES, )
)
     Appellants, )
)
v. )     Case No. 2D13-3671
)
TOWER HILL SELECT INSURANCE )
COMPANY, )
)
     Appellee. )
_____)
)
TOWER HILL SELECT INSURANCE )
COMPANY, )
)
     Appellant, )
)
v. )     Case No. 2D14-1101
)
LIZARDO ESTRADA and BLANCA )     CONSOLIDATED
ESTRADA f/k/a BLANCA VALLARDES, )
)
     Appellees. )
_____)

Opinion filed September 30, 2015.

Appeals from the Circuit Court for
Hillsborough County; William P. Levens,
Judge.

Nancy A. Lauten and George A. Vaka of
Vaka Law Group, Tampa; and Kenneth C.
Thomas of Marshall Thomas Burnett, Land

O' Lakes, for Lizardo Estrada and Blanca Estrada f/k/a Blanca Vallardes.

Carol M. Rooney and Anthony J. Russo of Butler Pappas Weihmuller Katz Craig LLP, Tampa, Tower Hill Select Insurance Company.

LaROSE, Judge.

In case number 2D13-3671 of this consolidated appeal, Lizardo and Blanco Estrada appeal the trial court's order granting final summary judgment in favor of Tower Hill Select Insurance Company in the Estradas' breach of contract action concerning an insurance claim for sinkhole damage to their home. The facts are nearly identical to those in Roker v. Tower Hill Preferred Insurance Co., 164 So. 3d 690 (Fla. 2d DCA 2015). In Roker, we held that the trial court erred in granting summary judgment because a material issue of fact remained as to the method of subsurface repair. Id. at 694. In accordance with Roker, we reverse and remand for further proceedings.

In case number 2D14-1101, Tower Hill appeals the trial court's denial of its motion for attorney's fees and costs pursuant to section 57.105, Florida Statutes (2013). We affirm on this issue without further discussion.

Affirmed in part, reversed in part, and remanded.


ALTENBERND and NORTHCUTT, JJ., Concur.